

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND E. HOWARD, | No. C 10-0095 JSW (PR) |
| Plaintiff, | **ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS** |
| v. | (Docket No. 9) |
| SAN FRANCISCO COUNTY JAIL HEALTH SERVICES, et al, | |
| Defendants. | |

Plaintiff, a California prisoner incarcerated at the San Francisco County Jail, filed this pro se civil rights action under 42 U.S.C § 1983 regarding his medical care at the county jail. Plaintiff's complaint was dismissed without prejudice on January 22, 2010. Therefore, Plaintiff's motion to proceed *in forma pauperis* filed February 1, 2010, is DENIED as moot (docket no. 9).

IT IS SO ORDERED.

DATED: AUG 11 2010

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROLAND E. HOWARD,

        Plaintiff,

v.

SF METHADONE CLINIC et al,

        Defendant.

Case Number: CV10-00095 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roland E. Howard
#2440023
P.O. Box 67
San Bruno, CA 94066

Dated: August 11, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk